**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7302**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOHN DOUGLAS JACKSON, a/k/a Buddy Dean,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CR-97-246-L)

_____

Submitted: November 14, 2002         Decided: December 16, 2002

_____

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Douglas Jackson, Appellant Pro Se. Christine Manuelian, Lynne Ann Battaglia, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Jackson appeals the district court's order denying his motion requesting grand jury proceedings under Fed. R. Crim. P. 6(e).  Our review is for abuse of discretion.  <u>In re Grand Jury Proceedings</u>, 800 F.2d 1293, 1299 (4th Cir. 1986). Jackson failed to demonstrate a particularized need for his grand jury transcripts justifying disclosure under Rule 6(e).  See <u>Douglas Oil Co. v. Petrol Stops Northwest</u>, 441 U.S. 211, 218 (1979).  Accordingly, the district court did not abuse its discretion in denying Jackson's motion.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2